**THE STATE OF NEW HAMPSHIRE**

**SUPREME COURT**

**In Case No. 2014-0124, <u>State of New Hampshire v. William A. Knowles</u>, the court on February 26, 2015, issued the following order:**

Having considered the brief filed by the defendant, William A. Knowles, the memorandum of law filed by the State, and the record submitted on appeal, we conclude that oral argument is unnecessary in this case. <u>See</u> <u>Sup. Ct. R.</u> 18(1). Following a jury trial in Superior Court (<u>Wageling</u>, J.), the defendant appeals his convictions on three counts of being a felon in possession of a deadly weapon. On appeal, he argues that the trial court erred when it precluded him from "presenting any evidence that the State issued him hunting licenses and registered his game for a 28-year period," when such evidence "was not only 'material and favorable' to his right to jury nullification," but "was essential." He also argues that the trial court erred when it denied his request for a more specific jury nullification instruction, contending that a more specific instruction is required by RSA 519:23-a (Supp. 2014). We affirm for the reasons set forth in <u>State v. Paul</u>, 167 N.H. ___, ___ (decided October 24, 2014).

<u>Affirmed</u>.

Dalianis, C.J., and Hicks, Conboy, Lynn, and Bassett, JJ., concurred.

**Eileen Fox,**
**Clerk**